## G. OPINION OF COURT OF APPEAL:

### NO. 2011-K-1763

### COURT OF APPEAL, FOURTH CIRCUIT

### STATE OF LOUISIANA

### STATE OF LOUISIANA

### VERSUS

### JOHN HARVEY

IN RE:          STATE OF LOUISIANA

APPLYING FOR: SUPERVISORY WRIT

DIRECTED TO:  HONORABLE JULIAN A. PARKER
              CRIMINAL DISTRICT COURT ORLEANS PARISH
              SECTION "G", 509-103

**WRIT GRANTED**

The State of Louisiana seeks relief from the trial court's denial of its motion to quash a subpoena *duces tecum* and the court's intent to hold a hearing on the defendant's motion to quash the bill of information.

In that there is no indication that the State will be collecting any fees in this case pursuant to La. R.S. 16:15, we find that the trial court erred in denying the State's motion to quash the subpoena *duces tecum* for the production of the State's financial records from 2003 concerning the collection and disbursement of any fees it has collected under the statute or of any funds that it has collected from any other source and the disbursement of these funds. Likewise, as the State will not be collecting any La. R.S. 16:15 fees, at this juncture of the case, there is no basis for the defendant's motion to quash the bill of information, and we find that the trial court erred. Accordingly, we grant the writ and reverse the trial court's rulings

denying the motion to quash the subpoena *duces tecum* and the setting of a hearing on the defendant's motion to quash the bill of information.

New Orleans, Louisiana this 2nd day of February, 2012.

_____
JUDGE TERRI F. LOVE

_____
JUDGE JAMES F. MCKAY, III

_____
JUDGE EDWIN A. LOMBARD

FEB - 2 2012

CLERK

4